# Notice Recipients

District/Off: 0207−1     User: jwilkinso     Date Created: 9/2/2009
Case: 1−09−44203−cec     Form ID: 262     Total: 19

**Recipients of Notice of Electronic Filing:**
tr     Alan Nisselson     anisselson@windelsmarx.com, theston@windelsmarx.com, n159@ecfcbis.com, vgupte@windelsmarx.com
aty     Kevin B Zazzera     kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     John R Gentile, Jr.     72 4th Street     Staten Island, NY 10306
smg     NYS Department of Taxation &Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg     NYC Department of Finance     345 Adams Street, 3rd Floor     Attn: Legal Affairs − Devora Cohn     Brooklyn, NY 11201
smg     NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg     Diana Adams     Office of the United States Trustee     271 Cadman Plaza East     Brooklyn, NY 11201
6213630     Bank Of America     P.O. Box 15102     Wilmington, DE 19886−5019
6213635     CITIMORTGAGE, INC     P.O. Box 183040     Columbus, OH 43218−3040
6213631     Capital One     P.O. Box 105474     Atlanta, GA 30348−5474
6213632     Capital One Bank     P.O. Box 71083     Charlotte, NC 28272
6213633     Cardmember Service     P.O. Box 15153     Wilmington, DE 19886−5153
6213634     Citifinancial, Inc     P.O. Box 220745     Charlotte, NC 28222−0745
6213636     Discover Card     P.O. Box 71084     Charlotte, NC 28272−1084
6213637     HSBC     P.O. Box 80026     Salinas, CA 93912−0026
6213638     OCWEN     P O Box 6440     Carol Stream, IL 60197−6440
6213639     Retail Services     P O Box 17298     Baltimore, MD 21297−1298
6213640     Sear Credit Cards     P O Box 193082     Columbus, OH 43218−3082
6213641     Sears Credit Cards     P.O. Box 183081     Columbus, OH 43218−3081

TOTAL: 17