Form BLdfnld7 (12/01/2007)

# United States Bankruptcy Court

### Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:                                                                CASE NO: 1−09−44203−cec

John R Gentile Jr.

72 4th Street
Staten Island, NY 10306
  Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                    CHAPTER: 7

  xxx−xx−6135

              DEBTOR(s)

---

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on May 21, 2009; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED**:

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.


                                        BY THE COURT

Dated: September 2, 2009                  s/ Carla E. Craig
                                        United States Bankruptcy Judge


### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

Form BLdfnld7(12/01/2007)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0207-1        User: jwilkinso        Page 1 of 1             Date Rcvd: Sep 02, 2009
Case: 09-44203              Form ID: 262            Total Noticed: 17
```

```
The following entities were noticed by first class mail on Sep 04, 2009.
db              +John R Gentile, Jr.,    72 4th Street,    Staten Island, NY 10306-2237
smg             +Diana Adams,    Office of the United States Trustee,    271 Cadman Plaza East,
                 Brooklyn, NY 11201-1833
smg             +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
                 Brooklyn, NY 11201-3719
smg             +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg             +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
6213635          CITIMORTGAGE, INC,    P.O. Box 183040,    Columbus, OH  43218-3040
6213631          Capital One,    P.O. Box 105474,    Atlanta, GA  30348-5474
6213632         +Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
6213638          OCWEN,    P O Box 6440,    Carol Stream, IL  60197-6440
6213640          Sear Credit Cards,    P O Box 193082,    Columbus, OH  43218-3082
6213641          Sears Credit Cards,    P.O. Box 183081,    Columbus, OH  43218-3081

The following entities were noticed by electronic transmission on Sep 02, 2009.
6213630          EDI: BANKAMER.COM Sep 02 2009 15:38:00      Bank Of America,    P.O. Box 15102,
                 Wilmington, DE  19886-5019
6213633          EDI: CHASE.COM Sep 02 2009 15:38:00      Cardmember Service,    P.O. Box 15153,
                 Wilmington, DE  19886-5153
6213634          EDI: CIAC.COM Sep 02 2009 15:38:00      Citifinancial, Inc,    P.O. Box 220745,
                 Charlotte, NC  28222-0745
6213636          EDI: DISCOVER.COM Sep 02 2009 15:39:00      Discover Card,    P.O. Box 71084,
                 Charlotte, NC  28272-1084
6213637          EDI: HFC.COM Sep 02 2009 15:38:00      HSBC,    P.O. Box 80026,    Salinas, CA  93912-0026
6213639          EDI: HFC.COM Sep 02 2009 15:38:00      Retail Services,    P O Box 17298,
                 Baltimore, MD  21297-1298
6213641          EDI: SEARS.COM Sep 02 2009 15:38:00      Sears Credit Cards,    P.O. Box 183081,
                 Columbus, OH  43218-3081
                                                                                    TOTAL: 7

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 04, 2009**                    **Signature:**  *Joseph Speetjens*